FILED by **SA** D.C.
ELECTRONIC

Jul 26, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

12-80143-CR-MARRA/MATTHEWMAN

CASE NO._____

18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA

vs.

TAVARESS WILSON,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about July 18, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**TAVARESS WILSON,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, one Ruger P95 9mm Semi-Automatic handgun, serial number 317-67837, and approximately forty-nine (49) rounds of ammunition, in and

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| TAVARESS WILSON, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)         Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _NO_
   List language and/or dialect  _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_         Petty      ___
   II   6 to 10 days      ___         Minor      ___
   III  11 to 20 days     ___         Misdem.    ___
   IV   21 to 60 days     ___         Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   _Yes_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.                    12-8283-DLB
   Related Miscellaneous numbers:         None
   Defendant(s) in federal custody as of  07/19/2012
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
*Carolyn Bell*
CAROLYN BELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500286

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** TAVARESS WILSON

**Case No:** _____

Count #: 1

Felon in possession of a firearm

Title 18, United States Code, Section 922(g)(1)

\* **Max.Penalty:**  10 Years' Imprisonment; $250,000.00 Fine
3 years' supervised release